---------- Forwarded message ---------
From: **Onte Shine** <ontelovekash@gmail.com>
Date: Sun, Jun 26, 2022 at 8:22 PM
Subject:
To: StarHunt93@gmail.com <StarHunt93@gmail.com>

Dear Your Honor,

My name is Deonte Whitley-shine I am the younger cousin of Kyree Corbett. I'm writing this letter to tell you about my big cousin. He has always been a great role model to myself & my other brothers. I have never seen my cousin do anything wrong in my life. He graduated from Phillip O Berry in 2020, one of the top Technology schools in North Carolina with honor he also was a leader on the basketball court and the football field great player just wanted for me to get better and stronger & he's always had a job, he has his own apartment, & he bought his own car. We also had talks on starting a moving company later on in life please give him another chance to prove his self to society. If you do he has a job waiting on him at wild wing cafe where he will be a cook He loves his family especially his little sister Dynasti, he takes care of her like she's his daughter. He's a family man who loves his family to death!!! ……..

Dear Your Honor,

    I am Kyree Corbett's Uncle Derrick McDonald. I am writing you to give you some insights about Kyree. He has always been a great child, and is on his way to being a great young man. Kyree graduated from Phillip O. Berry Academy of Technology with honors in 2020 in which we were all so very proud of him. After having conversations with Kyree about his future after High School, he told me that he wanted to start his own business. Kyree has always had an entrepreneurial mentality about himself. He's a loving and caring young man that will always do for others. Kyree is a great role model for his younger sister and cousins. He is the oldest out of my mother's grandchildren and has always took pride of being the big brother/cousin that the rest of the kids could look up to. Kyree has consistently kept employment for himself and has his own apartment and car. Kyree is a young man that is still learning how to be a mature adult, and with that will come mistakes and learning experiences. I hope and pray that one mistake wouldn't hinder Kyree's future. He is very remorseful and would like to have a second chance to be an outstanding citizen in society. I am asking you to please show leniency towards my nephew so that he can prove to everyone how great we all know he can and will be. Thank you so very much.

    With respect all respect.

        Derrick McDonald

---------- Forwarded message ---------
From: **Eric McDonald** <jayrthastar@icloud.com>
Date: Mon, Jun 27, 2022 at 9:04 AM
Subject:
To: <Starhunt93@gmail.com>

Dear Your Honor,

My name is Eric and I've had the pleasure of being Kyree Jamayl Dashaun Corbett's uncle, since November 26, 2001. In the early stages of his life Kyree has shown his intelligence, ability to work hard, and loving characteristics. Being a father figure to his baby sister, means the world to her, and that takes a great deal of stress off his mother. Kyree has been through hardships the last three years,
while his mother was incarcerated, but even during that time he managed to graduate high school, with honors, all while holding down a job. I don't know what has caused him to make this mistake at this point in his life, and a mistake is exactly what this is, because this isn't who he is, and shouldn't define him. I know the potential he has, and how bright he future could be. Kyree has never ran from adversity in-fact Kyree does just the opposite. He stands up to adversity and excepts the challenges it brings. Just like the adversity that brings us here today, Kyree didn't run and running was never an option. Your Honor, please allow Kyree to return to society where he has been the most productive and a blessing to his family and those that know him. Also, please take in consideration that this young man will not be coming home to pursue a bunch of dreams and aspirations but instead coming home to continue his dreams and aspirations. I personally will dedicate myself and resources to help Kyree in anyway that I can continue to do what has to be done to for him to continue to be an asset and productive member of society. Thank you so much Your Honor for taking time to read this and your consideration. With So much love for Kyree J.D. Corbett.

Eric McDonald 2520 Tanglebrook lane Charlotte NC, 28216 (980)328-0936

---------- Forwarded message ---------
From: **joe roberson** <roberson1986@gmail.com>
Date: Sun, Jun 26, 2022 at 9:11 PM
Subject: kyree support letter
To: <starhunt93@gmail.com>

Dear your Honor,

I am writing this letter to express my support for Kyree Corbett My name is Joseph Roberson I have known Kyree his whole life he has a solid support system from his mother myself grandparents and aunts and uncles. Kyree has always been a outstanding young man and has shown this when he graduated from Phillip o berry high school with honors and has always held a job and had never been in any kid of trouble before and had always been a outstanding role model to those around him including his younger sister he has always took care of his family and took the responsibility of caring for his sister like a father figure. Kyree is not a Detriment To society in anyway and he shown this by turning himself in and not running from law-enforcement he knew he made a mistake and he wanted to show that by doing so his life is very young and he has many Responsibilities already such as an apartment and a vehicle that he pays for maintains with all that being said i truly hope you will take these things into consideration when making a decision on this young mans future. I truly thank you in taking the time to hear me out in this matter and will have Some type of leniency on this young man and his life.

Thank you once again ,
Joseph Roberson

---------- Forwarded message ---------
From: **Juakeem Lindsay** <juakeemlindsay@yahoo.com>
Date: Sun, Jun 26, 2022 at 5:51 PM
Subject: Support Letter
To: <Starhunt93@gmail.com>

# Dear your Honor

My name is Juakeem Lindsay. To me Kyree is like a brother from another mother, we met around the 6th grade when him and his family moved into my neighborhood. As time passed we became best friends. Part of the reason we have been friends so long is because of the respect me and Kyree have, really never fell out or fought about anything even till now nothing but laughs. Kyree personally showed me how responsible and strong he was over the past few years while his mom was incarcerated, when she first went in I used to feel bad like sad depressed just like he was but over time it wasn't normal but more like he had it under control almost, he made sure his lil sister was good the whole time and growing up right. Taking her to dance classes, taking her to friends to get away from everything just really being more then just a big brother more like a father almost. We also have worked a few jobs together, first job bojangles both started during highschool and as soon as both graduate we made our way to shift managers , while working Bojangles we both still wanted more and ended both getting a part time at the panthers stadium, honestly if wasn't for Kyree I probably would have never got that second job nor if I did would have a way there because I would ride with him to get there. He would call me and make sure I was going to work with him even made me stay extra once or twice so we could get few more hours in. Like Kyree always been a person that cares for others, for example very recently we went to Walmart on our way out a older woman was trying to get my attention and I seen her but kinda kept walking but once Kyree noticed he like bruh she calling us and we walked over there and she was pleading for us to help her, her car was stuck in park and she was hot sweating and basically crying so we long story short got her car in drive after Kyree gave her a jump with his car and when we got in car he told me like brah we couldn't leave her how the other hundreds of people did and it made me feel like we were different but it was really all him I would have been one those hundred if I wasn't with him that day. And that just goes to show how he can be a responsible and productive member of our Society.

Dear your honor,

Kyree is my little cousin whom I have had the honor of watching grow into a very respectful and bright young man. I am unsure of what may have transpired, but what I do know is that he has always been respectful and responsible as he aged. I've watched him help with his sister and be there for his family. He works and has his own place at his age is a true accomplishment that I myself am so very proud of. I don't know if this note would help, but I just wanted to say how I felt about him. Love him and pray that whatever the situation is at hand, GOD does what he does as he always have for our family. I'm asking you, that you give him another chance. He's young and has an opportunity to prove to not only himself and his family that he can be the greatest role model for others around and children to come, but to the world. He has a lot of life ahead of him and the continuing of our young men being placed in places where they cannot grow properly doesn't always help especially when they aren't bad children. As we or most know, severe punishments are not always the best result. Sometimes, it's just giving that second chance. Please, give him that opportunity to show himself worthy of that second chance.

Thank you for hearing me.
GOD Bless and much love.
Lady Wortham

---------- Forwarded message ---------
From: **LaGeisha McDonald** <lageisha_mcdonald@yahoo.com>
Date: Sat, Jun 25, 2022 at 8:53 PM
Subject: Re: Support Letter for Kyree Corbett
To: StarHunt93@gmail.com <starhunt93@gmail.com>

Dear Your Honor,

My Name is LaGeisha McDonald I'm the Cousin of Kyree Corbett ,and I want to take a few minutes just to say a few words about Kyree, he is a wonderful young man, who is very much loved by all his family and friends and a wonderful brother/Father to his little sister. Kyree as made not only is mom&Dad Proud but me as well. He Graduated with honors from Philip O'Berry in 2020 afterwards he start working a full time job and moved into his on apartment and purchased his own car. Kyree has proven to be a responsible young man and Productive citizen who deserves a second chance to continue to prove himself and your Honor if you could please grant him the second chance to continue to prove himself, show how bright his future is in this world.

Thank you, your honor

Sincerely

LaGeisha McDonald

June 24, 2022

To whom it may concern,

My Name is Lashonda Hudson and proud to offer my recommendation of Kyree' Corbett to whom I have personally known for twenty years as my God son.

During this time I have seen Kyree' helped his little sister. His mother have appreciated his work. I also seen Kyree' help people in need.

I have not seen Kyree' use illicit drugs, become intoxicated, or engaged in dangerous or improper behavior, to my knowledge, Kyree' has not engaged in criminal activity. I am familiar with his general behavior, character and reputation. Kyree' exhibits and otherwise is a good behavior and character in the community. He has a good reputation in the community. I do not consider him to be a threat to the community.

Kyree' has graduated from Phillip O Berry in 2020 with honors. He is an intelligent, capable, dedicated, personable young man. He is always quick on his feet, with sensible reactions in all circumstances I've seen him in. I feel confident in saying that he is capable of handling any situation with thoughtfulness and maturity. He works hard, and carries himself polite, respectable manner. In addition, Kyree' is a family-person who always presented himself with levelheaded and grace.

Please do not hesitate to contact me if you should require any further information.

Best,

Lashonda Hudson
635 Noles Drive apt.35
Mount Holly, NC 28120
Telephone: 704-293-3381
Email: Lashondahudson11@gmail.com

---------- Forwarded message ---------
From: **Laurie Parker** <laurieparker0524@gmail.com>
Date: Sat, Jun 25, 2022 at 12:26 PM
Subject: Kyree Corbett
To: <Starhunt93@gmail.com>


To whom it may concern,

      Hello, my name is Laurie Parker, and I am a family friend of Mr Kyree Corbett!! I have known him and his family for almost 17 years. Throughout those years I have watched this young man grow from a boy into a young adult!! He graduated from Phillip O Berry in 2020 with honors. He has established his own place to live, as well as having a job. To my understanding this child is doing wonderful although we know life throws a curve every once in a while. I hope we can teach and learn from our mistakes and move forward, instead of sending him away for punishment!!! This young man has never been a threat to anyone and I trust him to the fullest!! When told he was in trouble he turned his self in without hesitation. I watched him throughout his life be a perfect role model to his younger sister and hope she succeeds as well!! Please consider these facts when looking at his case . Thanks.    for taking the time to read this and take these facts into consideration as well!!! Have a wonderful day!!!!

Sincerely,
Laurie Parker.
(336)512-7218

---------- Forwarded message ---------
From: **Lillian McDonald** <lillianmcdonald55@gmail.com>
Date: Sun, Jun 26, 2022 at 9:08 PM
Subject: Revised Letter to Court
To: <starhunt93@gmail.com>


Dear Your Honor,

My name is Lilian McDonald. I am Kyree Corbett's grandmother and because I am his grandmother I have known Kyree all of his life. I am so compelled your honor and to the people that are here in this court to know why I feel a need to make this recommendation to the court.

Your honor and to the court my grandchild Kyree is my 1st born grandchild I have watched him grow and I know his abilities and his inabilities We all have them no one is perfect. Your honor I know that you have heard through countless letters how good a person is. But as Kyree's grandmother, I want you to know that this is coming from my heart and not just mere words. Kyree is 20 years old and not just your typical 20 year old. He has a strong mind, a great heart, he's talented, respectful, loving, caring, and he' set goals for his life. You see he wants to own his own business one day And he will because he's just that smart. I could go on and on about his wonderful character Because it's never ending. At an early age Kyree stepped up to the plate to take on responsibilities to help his mom with their tiny family which just consisted of his mom his little sister Dynasti and himself. Not that he had to but because of the love that they share the tight bond that they have he chose to go out and to get a job to help out in the household just to make ends meet. Helping his mom to raise his little sister Dynasti making sure that she had things that she needed and made sure that her home work was done because he wanted to ensure that she has the proper education so that she will be able to graduate from high school with honors as he did, helping his mom to raise his little sister Dynasti making sure that she had things that she needed. Making sure that her homework was done because he wanted to ensure that she has the proper education so that they will be able to continue their education and to become outstanding people.

Your honor my purpose for this letter is to ask that you and the court give my grandson a second chance at life so that he can prove to the court system even through this situation that he can take this situation and turn it into such a positive life lesson for so many people with the help of his family with the help of other positive people with the help of influential people and I promise you that you will never hear Kyree's name in this system ever but the next time you hear of Kyree it will be because of something positive that he's doing out here in the community.

Your Honor, I appreciate you taking the time to read this letter.

Sincerely,
Lillian McDonald
lillianmcdonald55@gmail.com
980-269-3327

Ramiah T
June 26, 2022

## Dear Your Honor,

    I have known Kyree since we both attended high school together at Phillip O Berry Academy of Technology. In high school Kyree was always a great student and always helped those around him especially those who he cared about and loved. He always was ahead in his classes as well, I know this because me and Kyree both we're in the same algebra math class my senior year.

    Kyree is one year behind me in grade school as well so he was and still is very intelligent to be this math class. He used to always help me finish my work and keep other students on task as well. Through out the years I have seen Kyree he has always been a hardworking, loving, caring and responsible person. Kyree and I have been close friends for 5 going into 6 years now. In vast situations I have seen Kyree always help others and he has always helped me. He has an extremely great relationship with his family and all of his friends. He always talks to me about his younger sister and his mom who he loves dearly.

    I have witnessed Kyree help the community by giving the homeless people money and waters as well. I can truly and honestly say Kyree is dependable as well because on multiple occasions when I needed to go somewhere or needed help or assistance he was right there. Kyree has always been a great listener and gives great advice as well. I have learned a lot from him as well he always motivates me to do better and pushes me to be my best self and I truly appreciate that.

Ramiah Thompson- (980)260-8258
ramiahthompson@yahoo.com

---------- Forwarded message ---------
From: **Lady T** <soclassy09@gmail.com>
Date: Mon, Jun 27, 2022 at 1:38 AM
Subject:
To: <starhunt93@gmail.com>

Dear Your Honor,

My name is Tierra Hunt and I am the aunt of Kyree Corbett. I'm writing this letter in regards of my nephew because of this situation that he is in. First and foremost I would like to start by saying, Kyree is a VERY VERY VERY loving, caring, respectful, brother, son, nephew, and grandchild!! He is a honorable, smart and generous human being. A high school graduate from one of the top technology schools in Charlotte. A family man ; that loves and cares so much about us just as well as we do for him!!

Lord knows, what he is going through now doesn't look good. I would so greatly appreciate it if u let me elaborate.
Kyree is far from a bad person. He wasn't raised to do anything negative or to be a threat to society for no reason what so ever. No one is perfect and we all have made mistakes in life. Kyree is only 20 years old. Throughout that small amount of time of him being on this earth, he has been through a lot. A lot of trials and tribulations throughout his teen years that is just overwhelming. No one really know how it feels to have to be without both your mother and father. My sister had to leave him for a few years which took a very big toll on him. Kyree graduated while she was away. He kept a steady job as well. Saved his money and got his own car and apartment. In which he still has and is also still working and paying his own bills.

He has a little sister, Dynasti. She loves him to death and they are so close to one another. He worked so hard because he knew he had a younger sibling looking up to him especially during those few years that their mom was gone. Being the fact that they lost everything.

I beg of you, I ask that u please, please, please, please, take a great look at this young man and see within your heart that he is really an amazing person. He has so much potential. He has his whole life ahead of him and being behind bars is not for him. He does not deserve to be there because he isn't an animal. He isn't a threat. Please don't take my nephews life away. Please don't damage us more than what we are already. There are so many young people dying left and right til this day. Being tooken away from their families for nonsense. For not having guidance because of absence throughout their childhoods. For a lot of kids in this generation may not know any better. They deserve a chance. They deserve to have the same opportunity as anyone else who grew up with both of their parents in their lives. No one is better than the next. It's sad how we have to bury so many kids and see kids going to jail. It's not their fault. They are not the ones to blame. That's why I beg of you to please release Kyree and let him prove to you all that he is not the person that you may think he is. He is a wonderful young man and his family really needs him. My niece and my sister definitely needs him. I promise you he has such a very pure soul.

I thank you so much for giving me the opportunity to give you an insight on his young life.! Please see it in your heart to release him and prove that he is willing and able to fight off that devil that is trying to destroy him. He is definitely working hard and wants for Kyree to take care of "HIS" dirty work. But that's not the case and it can't be the case because Kyree is God fearing man and is truly blessed. Even if u really get to know him for yourself you'll appreciate his good spirits.!!

Again, I thank you!!!

~~Tierra Hunt~~